# Third District Court of Appeal

## State of Florida

Opinion filed August 23, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-781
Lower Tribunal No. F17-17030

————————

**Tensley D. Cofer,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Tensley D. Cofer, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.